# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0505. RANDY M. HUDSON v. THE STATE.**

A jury found Randy M. Hudson guilty of multiple offenses, including armed robbery, and he was sentenced to life in prison.[1] Hudson subsequently filed a "Motion to Hold a Judgment a Nullity," challenging his conviction on multiple grounds. The trial court denied the motion, and Hudson filed this appeal. We lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Hudson is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal.  See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, this appeal is hereby DISMISSED.

---

[1] Hudson filed a motion alleging his sentence was void. The trial court denied the motion, and we affirmed that ruling on appeal. See *Hudson v. State*, ___ Ga. App. ___ (Case Number A15A1687, decided Oct. 14, 2015).



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*___ 12/17/2015 ___

     *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*